AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CLAYTON JONES JR.**<br><br>*Defendant* | ) Case: 1:24-mj-00262<br>) Assigned to: Judge Harvey, G Michael<br>) Assign Date: 8/20/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____CLAYTON JONES JR._____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,

Date: 08/20/2024                                                                          *[signed]*
                                                                                          *Issuing officer's signature*

City and state:    Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/20/2024 and the person was arrested on *(date)* 08/26/2024
at *(city and state)* Greenville, NC.

Date: 08/26/2024                                                                         *[signed]*
                                                                                         *Arresting officer's signature*

                                                                  Special Agent Clinton Morris, FBI
                                                                                         *Printed name and title*